**AKERMAN LLP**
JUSTIN D. BALSER (SBN 027850)
Email: justin.balser@akerman.com
ASHLEY E. CALHOUN (SBN 030119)
Email: ashley.calhoun@akerman.com
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:   (303) 260-7712
Facsimile:   (303) 260-7714

Attorneys for Defendants
NAVIENT CORPORATION
AND NAVIENT SOLUTIONS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA – PHOENIX DIVISION

| | |
|---|---|
| KARI ASLAMY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NAVIENT CORPORATION; and NAVIENT SOLUTIONS, INC. (nka NAVIENT SOLUTIONS, LLC),<br><br>　　　　Defendants. | Case No.: 2:17-cv-01459-PHX-SPL<br><br>**STIPULATION TO AMEND CASE MANAGEMENT ORDER**<br><br>**(Second Request)**<br><br>FAC Filed:　　　September 5, 2017<br>Complaint Filed:　April 13, 2017<br>Trial Date:　　　None |

**TO THE COURT AND TO ALL PARTIES:**

Pursuant to LRCiv. 7.3 and LRCiv 29.1, Plaintiff Kari Aslamy (**Plaintiff**) and Defendants Navient Corporation (**Navient Corp.**)[1] and Navient Solutions, LLC (**NSL**) (collectively, **Defendants**) hereby stipulate as follows:

**WHEREAS**, the parties are proceeding under the Court's amended scheduling order (Doc. 48);

**WHEREAS**, the parties are proceeding with discovery (parties propounded interrogatories, requests for production, and requests for admission on one another;

---

[1] "Navient Corporation" is not a proper defendant. Navient Corporation does not engage in the business of student loan servicing, and did not take part in any of the alleged actions or omissions set forth in the Complaint. Navient Solutions, LLC, f/k/a Navient Solutions, Inc., services student loans.

1  defendants issued eight subpoenas for documents; plaintiff appeared for deposition on
2  October 26, 2017);

3  **WHEREAS**, Magistrate Judge David K. Duncan will conduct a settlement
4  conference in this case on December 7, 2017 (Doc. 53);

5  **WHEREAS**, Judge Duncan ordered the parties to serve settlement demands and
6  written settlement statements prior to the conference (Doc. 53);

7  **WHEREAS**, fees and costs can potentially be avoided if expert rebuttal and fact
8  discovery deadlines are continued to after the settlement conference;

9  **WHEREAS**, the Parties worked together and agreed on a revised schedule:

10  1. Plaintiff shall serve a written settlement demand by **October 31, 2017**,

11  2. Expert disclosure shall be due by **November 20, 2017** (extended from
12  November 6, 2017),

13  3. Defendant shall serve a response to plaintiff's settlement demand by
14  **November 16, 2017**,

15  4. Settlement conference memoranda shall be served by **November 30, 2017**;

16  5. Parties shall attend a settlement conference with Magistrate Judge David K.
17  Duncan on **December 7, 2017**,

18  6. Rebuttal expert disclosures shall be due by **December 18, 2017** (extended
19  from November 20, 2017),

20  7. Expert depositions must be completed by **January 12, 2018** (extended
21  from December 15, 2017),

22  7. Fact discovery shall be completed by **January 19, 2018** (extended from
23  December 22, 2017);

24  **WHEREAS**, good cause exists because the extension provide the opportunity to
25  save fees and costs by continuing deadlines until after the settlement conference;

26  **WHEREAS**, no party will be prejudiced by the changes in the scheduling order
27  and the delay in the overall litigation of the case is minimal because the parties are not
28  seeking an extension on the dispositive motion deadline of February 16, 2018.

*AKERMAN LLP*
1900 SIXTEENTH STREET, SUITE 1700
DENVER, COLORADO 80202
TEL.: (303) 260-7712 – FAX: (303) 260-7714

1  **NOW THEREFORE**, the parties stipulate to the following deadlines:

2      Plaintiff's settlement demand served: **October 31, 2017**

3      Expert disclosures due: **November 20, 2017**

4      Defendants' settlement demand served: **November 16, 2017**

5      Settlement conference memoranda served: **November 30, 2017**

6      Settlement conferences: **December 7, 2017**

7      Rebuttal expert disclosures due: **December 18, 2017**

8      Expert depositions completed by: **January 12, 2018**

9      Fact discovery completed by: **January 19, 2018**

10  **IT IS SO STIPULATED.**

11  **RESPECTFULLY SUBMITTED**, November 1, 2017.

12  **AKERMAN LLP**

13  By: */s/ Ashley E. Calhoun*
    Justin D. Balser (SBN 027850)

14      Ashley E. Calhoun (SBN 030119)
1900 Sixteenth Street, Suite 1700

15  Denver Colorado 80202
Telephone: (303) 260-7712

16  Facsimile: (303) 260-7714

17  Attorneys for Defendants
NAVIENT CORPORATION AND

18  NAVIENT SOLUTIONS, LLC

20  By: */s/ Kari Aslamy**
    Kari Aslamy

22  Pro Se Plaintiff

23  *E-signature approved via email dated October 31, 2017

AKERMAN LLP
1900 SIXTEENTH STREET, SUITE 1700
DENVER, COLORADO 80202
TEL.: (303) 260-7712 – FAX: (303) 260-7714

3   CASE NO. 2:17-CV-01459-PHX-SPL
**STIPULATION TO AMEND CASE MANAGEMENT ORDER**

43246918;1

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on November 1, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

☒ I hereby certify that on November 1, 2017, I served the attached document by U.S. Mail on the following, who is also a registered *pro se* participant of the CM/ECF System:

Kari Aslamy
4224 N. 45th Place
Phoenix, AZ 85018
Telephone: (480) 290-4061
Email: kariaslamy@gmail.com

*Pro Se Plaintiff*

　　　　　　　　　　　　　　　　　　*/s/ Nick Mangels*
　　　　　　　　　　　　　　　　　　Nick Mangels