IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Aslamy, <br><br> Plaintiff, <br><br> vs. <br><br> Navient Corporation, et al., <br><br> Defendants. | No. CV-17-01459-PHX-SPL <br><br> **ORDER** |

Having considered the parties' stipulation,

**IT IS ORDERED** that the Stipulation (Doc. 70) is **granted**. The deadlines are modified as follows:

1. Fact Discovery shall be completed by **January 19, 2018**;
2. Plaintiff's Settlement Demand shall be served by **October 31, 2017**;
3. Defendants' Settlement Demand shall be served by **November 16, 2017;**
4. Settlement Conference Memoranda shall be provided to U.S. Magistrate Judge David K. Duncan no later than **November 30, 2017**;
5. Expert Disclosure shall be due by **November 20, 2017**;
6. Rebuttal Expert Disclosure shall be due by **December 18, 2017**; and
7. Expert depositions must be completed by **January 12, 2018**.

Dated this 3rd day of November, 2017.

Honorable Steven P. Logan
United States District Judge