IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix Division

**CV-17-1459-PHX-SPL**     DATE:  December 7, 2017

Title: <u>Aslamy</u> vs. <u>Navient Corporation et al</u>
         Plaintiff     Defendants
===============================================================

HON:   David K. Duncan            Judge #70BL/DKD

       Caryn Smith                CourtSmart
       Deputy Clerk               Recorded

**APPEARANCES:**
Pro Se Plaintiff: Kari Aslamy
Ashley Calhoun for Defendants with Client Representative, Robert Tanenbaum

===============================================================
**PROCEEDINGS:     X   Open Court       Chambers       Other**

A Settlement Conference being held and agreement between parties being reached, parties agree as follows:

The essential terms of the Settlement Agreement have been put forth on the record.

IT IS HEREBY ORDERED final execution of the settlement in this case will be completed no later than within two weeks of returning the signed stipulation.

A Stipulation to Dismiss this case with prejudice each side to pay its own costs and fees to be filed with the Court no later than January 8, 2018.

Based on a confidentiality agreement between the parties, the Court ORDERS the audio recording of this settlement conference sealed and accessible only by Court Order.


Total time:  3 hr 14 min
(1:30 PM – 4:44 PM)