**AKERMAN LLP**
JUSTIN D. BALSER (SBN 027850)
Email: justin.balser@akerman.com
ASHLEY E. CALHOUN (SBN 030119)
Email: ashley.calhoun@akerman.com
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:   (303) 260-7712
Facsimile:   (303) 260-7714

Attorneys for Defendants
NAVIENT CORPORATION AND
NAVIENT SOLUTIONS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA – PHOENIX DIVISION

| KARI ASLAMY, | Case No.: 2:17-cv-01459-PHX-SPL |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| NAVIENT CORPORATION; and NAVIENT SOLUTIONS, INC. (nka NAVIENT SOLUTIONS, LLC), | FAC Filed:           September 5, 2017<br>Complaint Filed:  April 13, 2017<br>Trial Date:            None |
| Defendants. | |

The parties, through undersigned counsel, hereby stipulate to the dismissal of this case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED** this 26th day of December, 2017.

///
///
///
///
///
///
///
///

**AKERMAN LLP**

By: */s/ Ashley E. Calhoun*
      Justin D. Balser (SBN 027850)
      Ashley E. Calhoun (SBN 030119)
1900 Sixteenth Street, Suite 1700
Denver Colorado 80202
Telephone: (303) 260-7712
Facsimile:  (303) 260-7714

Attorneys for Defendants
NAVIENT CORPORATION AND NAVIENT SOLUTIONS, LLC


By: */s/ Kari Aslamy\**
      Kari Aslamy
4224 N. 45th Place
Phoenix, Arizona 85018
Telephone: (480) 290-4061

*Pro Se* Plaintiff
*\*Permission to add electronic signature granted via e-mail December 26, 2017.*

AKERMAN LLP
1900 SIXTEENTH STREET, SUITE 1700
DENVER, COLORADO 80202
TEL.: (303) 260-7712 – FAX: (303) 260-7714

2     CASE NO. 2:17-CV-01459-PHX-SPL
**STIPULATION OF DISMISSAL WITH PREJUDICE**
43676318;1

# CERTIFICATE OF SERVICE

☒ I hereby certify that on December 26, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

☒ I hereby certify that on December 26, 2017, I served the attached document by U.S. Mail on the following, who is also a registered *pro se* participant of the CM/ECF System:

Kari Aslamy
4224 N. 45th Place
Phoenix, AZ 85018
Telephone:  (480) 290-4061
Email:  kariaslamy@gmail.com

*Pro Se Plaintiff*

/s/ Nick Mangels
Nick Mangels