IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Aslamy,<br><br>    Plaintiff,<br><br>vs.<br><br>Navient Corporation, et al.,<br><br>    Defendants. | No. CV-17-01459-PHX-SPL<br><br>**ORDER** |

  Before the Court is the parties' Stipulation of Dismissal (Doc. 75). Pursuant to the parties' stipulation,

  **IT IS ORDERED:**

  1. That the Stipulation of Dismissal (Doc. 75) is **granted**;

  2. That this action is **dismissed with prejudice** in its entirety;

  3. That each party shall bear its own costs and attorneys' fees; and

  4. That the Clerk of Court shall terminate this action.

Dated this 2nd day of January, 2018.

                        Honorable Steven P. Logan
                        United States District Judge